UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:10-CR-65(01) RM |
| | ) | |
| LUIS VAZQUEZ, JR. | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 4, 2010 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Luis Vazquez, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 751(a).

SO ORDERED.

ENTERED:   August 24, 2010

                                        /s/ Robert L. Miller, Jr.
                                        Judge
                                        United States District Court